NATIONAL HOMES CORPORATION *vs.* WORCESTER COUNTY NATIONAL BANK. March 2, 1978. It is not necessary to decide whether either of the defendant's letters to the plaintiff of April 11, 1973, constituted a letter of credit within the scope of G. L. c. 106, § 5-102, or as defined in G. L. c. 106, § 5-103. See generally *Moss* v. *Old Colony Trust Co.,* 246 Mass. 139, 151-152 (1923). On the subsidiary facts found by the master, the plaintiff was entitled to recover by reason of its full performance (and thus its acceptance) of the offer for a unilateral contract (*Northampton Inst. for Sav.* v. *Putnam,* 313 Mass. 1, 7 [1943]) set out in the second sentence of the second paragraph of both letters. *Lent* v. *Padelford,* 10 Mass. 230, 237-238 (1813). *Train* v. *Gold,* 5 Pick. 380, 384-385 (1828). *Paige* v. *Parker,* 8 Gray 211, 213 (1857). *Bishop* v. *Eaton,* 161 Mass. 496, 499-500 (1894).

*Judgment affirmed.*

*Dennis Pojani* for the defendant.
*David A. Talman* for the plaintiff.